No. 04–7763.   FERRARA v. JOHNSON, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS.   Sup. Ct. Va.   Certiorari denied.

No. 04–7764.   FEIST v. BERG ET AL.   Ct. App. Tex., 12th Dist.
Certiorari denied.

No. 04–7765.   HERBERT v. CROSBY, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 04–7766.   FULTON v. BOOKER, WARDEN.   C. A. 6th Cir.
Certiorari denied.

No. 04–7767.   GILES v. WASHINGTON.   Ct. App. Wash.   Certio-
rari denied.

No. 04–7769.   HOSFORD v. CAIN, WARDEN.   C. A. 5th Cir.
Certiorari denied.

No. 04–7770.   HERNANDEZ v. BERGER ET AL.   Sup. Ct. N. D.
Certiorari denied.

No. 04–7771.   HOLBROOK v. MISSISSIPPI.   Ct. App. Miss.   Cer-
tiorari denied.

No. 04–7772.   HUTCH v. HAWAII.   Sup. Ct. Haw.   Certiorari
denied.

No. 04–7781.   GARZA v. PENNELL.   C. A. 6th Cir.   Certiorari
denied.

No. 04–7782.   FANIEL v. GIURBINO, WARDEN.   C. A. 9th Cir.
Certiorari denied.

No. 04–7783.   HOLLOWAY v. HAMLET, WARDEN.   C. A. 9th Cir.
Certiorari denied.

No. 04–7785.   HOPKINS v. FLORIDA.   Dist. Ct. App. Fla., 1st
Dist.   Certiorari denied.

No. 04–7787.   BLACK v. GORDON, WARDEN.   C. A. 9th Cir.
Certiorari denied.

No. 04–7789.   ANGARITA v. GOORD, COMMISSIONER, NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES.   C. A. 2d Cir.   Cer-
tiorari denied.

No. 04–7790.   RIVAS v. TEXAS.   Ct. Crim. App. Tex.   Certio-
rari denied.